**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

PINKALKUMAR PATEL, )
)
    Plaintiff, )
)
v. )     Civil No.  3:26-cv-723
)
CHRISTOPHER BULOCK, ET AL., )
)
    Defendants. )

## O R D E R

Pursuant to Rule 72 of the FEDERAL RULES OF CIVIL PROCEDURE and 28 U.S.C. § 636(b)(1), this case is **REFERRED** to the Magistrate Judge for a scheduling order, for decision on all nondispositive matters, and for a Report and Recommendation on dispositive matters.

It is so **ORDERED.**

_____

ALETA A. TRAUGER
U.S. District Judge