UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PINKALKUMAR PATEL,
     Petitioner,

v.

CHRISTOPHER BULLOCK et al.,
     Respondents.

Case No. 3:26-cv-00723

Judge Aleta A. Trauger
Magistrate Judge Luke A. Evans

## ORDER TO SHOW CAUSE

Petitioner has filed a motion for issuance of an order to show cause. (Doc. No. 6.) The motion is GRANTED.

Pursuant to 28 U.S.C. § 2243, respondents must file their response to the petition for habeas corpus (Doc. No. 1) within three days after entry of this order. In their response, respondents must show cause, if any, why the petition should not be granted. Petitioner must file any reply within three days after the filing of the response. If necessary to dispose of the matter, the Court will set a hearing shortly thereafter.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge